AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

United States of America
v.
DAVID M. ROSE
*Defendant*

Case No. 5:22-cr-00044-DNH

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/30/2022

*Defendant's signature*

*Signature of defendant's attorney*

Annaleigh E. Porter, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. David N. Hurd, U.S. District Judge
*Judge's printed name and title*